UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBANY MED HEALTH SYSTEM et al.,

Plaintiffs,

v.

HEALTH RESOURCES AND SERVICES AD-
MINISTRATION et al.,

Defendants.

No. 1:25-cv-3490 (CJN)

**JOINT MOTION TO HOLD CASE IN ABEYANCE**

Plaintiffs Albany Med Health System, *et al*., and Defendants Health Resources and Ser-
vices Administration (HRSA), *et al*., respectfully move jointly to hold this agency-delay action in
abeyance in light of developments in the administrative dispute resolution (ADR) proceeding un-
derlying this case.

1.      Plaintiffs, a group of safety-net hospitals and health systems, filed this case on Sep-
tember 29, 2025, seeking an order under the Administrative Procedure Act compelling HRSA to
adjudicate their ADR petition, which has been pending before the agency since December 2023.
*See* Dkt. 1.

2.      On February 23, 2026, HRSA notified plaintiffs that an ADR panel had been ap-
pointed to adjudicate the ADR petition. On April 14, 2026, HRSA sent plaintiffs and the respond-
ent in the ADR proceeding a letter explaining that it does not intend to adjudicate the ADR pro-
ceeding until a decision issues in *Eli Lilly & Co. v. Kennedy*, No. 21-3128 (7th Cir.), a case that
bears on the issues presented by the ADR proceeding. The *Eli Lilly* appeal has been fully briefed
and argued.

1

3.        Plaintiffs filed their motion for summary judgment in this Court on March 20, 2026. *See* Dkt. 14. Defendants' opposition and cross-motion for summary judgment is currently due on May 4, 2026. *See* Dkt. 12.

4.        Because of the developments in the ADR proceeding, the parties agree that it would be beneficial to allow additional time to determine if continued progress in the underlying ADR proceeding will resolve plaintiffs' claims without the need for further judicial involvement. This additional time also would minimize the need for the parties to update their briefs or submit supplemental briefing concerning further ADR developments. An abeyance therefore would promote "economy of time and effort for [the Court], for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see generally id.* (explaining that "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket."); *Hulley Enters. Ltd. v. Russian Federation*, 211 F. Supp. 3d 269, 276 (D.D.C. 2016) ("That power to issue a stay may be appropriately exercised where a separate proceeding bearing upon the case is pending," and "[t]his rule applies whether the separate proceedings are judicial, administrative, or arbitral in character.") (quotation marks omitted).

For all these reasons, the parties respectfully request that the Court place this case in abeyance and stay all briefing deadlines until either (a) HRSA renders its opinion in the ADR proceeding at issue in this case, or (b) either party seeks to remove the case from abeyance upon two weeks' notice to all other parties.

Dated: May 2, 2026

Respectfully submitted,

JEANNINE FERRIS PIRRO
United States Attorney

By: */s/ John J. Bardo*
John J. Bardo (D.C. Bar #1655534)
Assistant United States Attorney
   *601 D Stret, NW*
   *Washington, DC 20530*
   *(202) 252-2539*
   *John.Bardo@usdoj.gov*

*Counsel for Defendants*

*/s/ Andrew A. Lyons-Berg*
Paul W. Hughes (D.C. Bar #997235)
Andrew A. Lyons-Berg (D.C. Bar #230182)
Charles Seidell (D.C. Bar #1670893)
Aleena Ijaz (Bar. No. #90011116)
   MCDERMOTT WILL & SCHULTE LLP
   *500 North Capitol Street NW*
   *Washington, DC 20001*
   *(202) 756-8000*
   *phughes@mwe.com*

Emily J. Cook (*pro hac vice*)
   MCDERMOTT WILL & SCHULTE LLP
   *2049 Century Park E #3200*
   *Los Angeles, CA 90067*
   *(310) 277-4110*
   *ecook@mwe.com*

*Counsel for Plaintiffs*